**Opinion filed July 29, 2010**



# In The

# Eleuenth Court of Appeals

_____

### No. 11-09-00364-CV
_____

### KAY M. PRICE, Appellant

### V.

### CARMIE M. MOORE, INDIVIDUALLY AND
### NOMINALLY ON BEHALF OF K-CARM, INC., Appellee

### On Appeal from the 70th District Court

### Ector County, Texas

### Trial Court Cause No. A-128,494

## M E M O R A N D U M   O P I N I O N

Kay M. Price has filed in this court a motion to dismiss her appeal.  The motion is granted, and the appeal is dismissed.

PER CURIAM

July 29, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.